JAMES J. O'CONNOR, Respondent, v. MARY LANIGAN, Appellant.— Interlocutory judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

GEORGE T. PETERSON, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.  We think the ruling of the court excluding defendant's evidence was correct.  (See *Wilson* v. *Manhattan Railway Co.*, 2 Misc. Rep. 127; affd., on opinion below, 144 N. Y. 632.)  Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

JAMES A. PULLAN, Appellant, v. EAGLE SAVINGS AND LOAN COMPANY, Respondent.— Judgment affirmed, with costs, on authority of *Gallagher* v. *Eagle Savings & Loan Co.* (*ante*, p. 962), decided herewith.  Mills, Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGINE ISELIN, Respondent, v. GEORGE W. SUTTON, as Commissioner of Assessment and Taxation of the City of New Rochelle, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Rich, Blackmar and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. POST, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Writ annulled and determination confirmed, with fifty dollars costs and disbursements.  No opinion.  Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

ELVIN H. ROGERS, Respondent, v. HENRY C. DUFFIELD and HARRY A. DUFFIELD, Appellants.— The ratification of the notes found to have taken place after the infant defendant reached his majority not only gave a validity to his notes, but ratified his liability for the original merchandise purchased.  (*Henry* v. *Root*, 33 N. Y. 526.)  The dates of such notes fixed the date for the Statute of Limitations.  (*Smith* v. *Ryan*, 66 N. Y. 352.)  The liability of the surety was submitted to the jury as a question of fact, under explicit instructions that such surety was released, if the notes were executed without his knowledge.  Hence no question of the liability of either defendant survives the verdict.  The judgment and order are, therefore, unanimously affirmed, with costs.  Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

SARA A. RYAN, Appellant, v. EAGLE SAVINGS AND LOAN COMPANY, Respondent.— Judgment affirmed, with costs, on authority of *Gallagher* v. *Eagle Savings & Loan Co.* (*ante*, p. 962), decided herewith.  Mills, Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

GEORGE H. SCHWAB, Respondent, v. FRANK S HYATT, Appellant.— Judgment and order unanimously affirmed, without costs.  No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.